| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Christopher XHX H. Lowe<br>Lipsky Lowe LLP<br>420 Lexington Avenue, Suite 1830, NY, NY 10017<br>TELEPHONE NO: 212-392-4772    FAX NO *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Christopher H. Lowe | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF    DISTRICT COURT OF SOUTHERN DISTRICT OF<br>STREET ADDRESS:                          New York<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF / PETITIONER: LYNNETTE TATUM RIOS, ET AL<br>DEFENDANT / RESPONDENT: CUE HEALTH, INC. D/B/A CUE HEALTH | CASE NUMBER:<br>1 22 CV 00501 ALC |
| PROOF OF SERVICE | Ref. No. or File No.:<br>6648815 (20220204122717) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   SUMMONS AND COMPLAINT, DEMAND,

3. Party served: CUE HEALTH, INC. D/B/A CUE HEALTH C/O CSC LAWYERS INCORPORATING SERVICE

4. Address where the party was served:
   2710 GATEWAY OAKS DR SUITE 150N
   SACRAMENTO, CA 95833

5.b. I served the party on: DATE: Feb 10, 2022 TIME: 3:10 pm

   I served the party by personal service. I left the items in item 2 with the defendant personally.

   I left the documents listed in Item 2 with or in the presence of
   NICOCLE STRAUSS (REGISTERED AGENT, 30YRS, BLACK, FEMALE, 200LBS, 6'0, BROWN HAIR, BROWN EYES)

Physical Description:



7.a. ANGELICA LEZAMA (SACRAMENTO, 2015-50)
b. C/O United Legal
c. 855-401-8834
d. Fee: $

e. California Registered Process Server
Independent Contractor (not employee)
Registration # 2015-50
County: SACRAMENTO

FILE BY FAX

8. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.
DATE: 02/11/2022

_____
ANGELICA LEZAMA (SACRAMENTO, 2015-50) - FILE BY FAX

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev, Jan 1, 2007]

Code of Civil Procedure, Sec 417.10