UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNETTE TATUM-RIOS, Individually and on behalf of all other persons similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>CUE HEALTH INC. D/B/A CUE HEALTH,<br><br>       Defendant. | ECF CASE<br><br>No.: 1:22-cv-00501-ALC |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: April 5, 2022
       New York, New York

                      s/ Christopher H. Lowe
                      Christopher H. Lowe
                      LIPSKY LOWE LLP
                      420 Lexington Avenue, Suite 1830
                      New York, New York 10170-1830
                      doug@lipskylowe.com
                      212.392.4772
                      *Attorneys for Plaintiff*